IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BOBBY R. STAGGS,                                          )
                                                         )
v.                                                       )          3:05—0145
                                                         )
JO ANNE B. BARNHART, Commissioner of Social              )
   Security.                                             )

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends that the case be dismissed for failure to prosecute and to follow the Court's orders. The Plaintiff in this case has not filed the required motion and brief requesting judgment on the administrative record or a request for additional time to file said motion and brief.

The Court has read and considered the report of the Magistrate Judge and finds that the report is correct in law and fact. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, this case is **DISMISSED** for failure to prosecute and to follow the Court's orders.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge